# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VICTORIA INFANTE, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | Civil Action No. 15-cv-10596 |
| v. ) | |
| ) | Judge John Z. Lee |
| PORTFOLIO RECOVERY ) | |
| ASSOCIATES, LLC, ) | Magistrate Judge Gerald Soat Brown |
| ) | |
| DEFENDANT. ) | |

**PLAINTIFFS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. PR. 41(a)(2)**

Plaintiff, Victoria Infante, by and through her undersigned attorneys, respectfully requests that this Court dismiss Plaintiff's case pursuant to Fed. R. Civ. Pr. 41(a)(2) and states:

1. Plaintiff filed her Complaint in the instant action on November 14, 2015. (Dkt. 1).

2. Defendant filed its answer on February 10, 2016. (Dkt. 22).

3. On September 2, 2016, Defendant filed its motion for summary judgement. (Dkt. 50).

4. On October 3, 2016, Plaintiff filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois, Case No. 16-bk-31580.

5. On October 4, 2016, Plaintiff filed a Suggestion of Bankruptcy. (Dkt. 58).

6. Plaintiff asks for leave pursuant to Fed. R. Civ. Pr. 41(a)(2) to dismiss this matter.

WHEREFORE, Plaintiff respectfully requests that the above-titled action against the Defendant be dismissed, with each side to bear its own fees and costs.

Respectfully submitted,

By: */s/Michael J. Wood*

Celetha Chatman
**Community Lawyers Group, Ltd.**
73 W. Monroe Street, Suite 502
Chicago, IL 60603
Ph: (312) 757-1880
Fx: (312) 476-1362
cchatman@communitylawyersgroup.com

## **CERTIFICATE OF SERVICE**

      I, Celetha Chatman, an attorney, hereby certify that on October 7, 2016, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: October 7, 2016**                                                                      Respectfully submitted,

                                                                                         By:    /s/ *Michael J. Wood*